PROOF OF CLAIM

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

Indicate the Debtor against which you assert a claim by checking the appropriate box below. If you assert a claim against more than one Debtor, you must file a separate claim against each applicable Debtor.

**(Check *only* one Debtor per Proof of Claim form):**

| *Name of Debtor and Case Number* | *Name of Debtor and Case Number* | *Name of Debtor and Case Number* |
|---|---|---|
| ☐ MV Realty, PBC LLC (Florida) EIN: 47-1516755 Case No. 23-17590 | ☐ MV Realty of Maryland, LLC EIN: 85-3499945 Case No. 23-17602 | ☐ MV Realty of Kansas, LLC EIN: 87-4082304 Case No. 23-17614 |
| ☐ MV Realty Holdings, LLC EIN: 85-0523483 Case No. 23-17591 | ☐ MV Realty of New Jersey, LLC EIN: 85-1645008 Case No. 23-17603 | ☐ MV Realty of Kentucky, LLC EIN: 87-4132302 Case No. 23-17615 |
| ☐ MV Receivables II, LLC EIN: 86-3379368 Case No. 23-17592 | ☐ MV Realty of Nevada, LLC EIN: 85-1680799 Case No. 23-17604 | ☐ MV Realty of Louisiana, LLC EIN: 87-4023120 Case No. 23-17616 |
| ☐ MV Receivables III, LLC EIN: 88-0876793 Case No. 23-17593 | ☐ MV Realty of Ohio, LLC EIN: 85-2140728 Case No. 23-17605 | ☐ MV Realty of Michigan, LLC EIN: 85-2675280 Case No. 23-17617 |
| ☐ MV Realty PBC, LLC (Georgia) EIN: 85-1526796 Case No. 23-17594 | ☐ MV Realty of Virginia, LLC EIN: 85-2552129 Case No. 23-17606 | ☐ MV Realty of Minnesota, LLC EIN: 85-2231678 Case No. 23-17618 |
| ☐ MV Realty of North Carolina, LLC EIN: 85-2173258 Case No. 23-17595 | ☐ MV Realty of Washington, LLC EIN: 85-3087621 Case No. 23-17607 | ☐ MV Realty of Missouri, LLC EIN: 87-4066503 Case No. 23-17619 |
| ☐ MV Realty PBC, LLC (Penn.) EIN: 85-1707301 Case No. 23-17596 | ☐ MV Realty of Illinois, LLC EIN: 85-1628814 Case No. 23-17608 | ☐ MV Homes of New York, LLC EIN: 85-2732727 Case No. 23-17620 |
| ☐ MV Realty of Arizona, LLC EIN: 85-1572725 Case No. 23-17597 | ☐ MV of Massachusetts, LLC EIN: 85-2270864 Case No. 23-17609 | ☐ MV Realty of Oklahoma, LLC, EIN: 87-3978174 Case No. 23-17621 |
| ☐ MV Realty of California, a corp. EIN: 87-3947499 Case No. 23-17598 | ☐ MV Realty of Alabama, LLC EIN: 87-3916462 Case No. 23-17610 | ☐ MV Realty of Oregon, LLC EIN: 87-3643046 Case No. 23-17622 |
| ☐ MV Realty of Texas, LLC EIN: 85-2637182 Case No. 23-17599 | ☐ MV Realty of Connecticut, LLC EIN: 85-1598646 Case No. 23-17611 | ☐ MV Realty of Tennessee, LLC EIN: 85-2247701 Case No. 23-17623 |
| ☐ MV Realty of South Carolina, LLC EIN: 85-2297322 Case No. 23-17600 | ☐ MV Realty of Idaho, LLC EIN: 87-3998185 Case No. 23-17612 | ☐ MV Realty of Utah, LLC EIN: 87-3824543 Case No. 23-17624 |
| ☐ MV Realty of Colorado, LLC EIN: 85-1551176 Case No. 23-17601 | ☐ MV Realty of Indiana, LLC EIN: 87-3453566 Case No. 23-17613 | ☐ MV Realty of Wisconsin, LLC EIN: 85-3532683 Case No. 23-17625 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**NOTE:**
Mail Claim Form to:
**If by First Class Mail**: MV Realty PBC, LLC, et al., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O Box 4420, Beaverton, OR 97076-4420.

**If by Hand Delivery or Overnight Mail:** MV Realty PBC, LLC, et al., Claims Processing Center, c/o Epiq Coporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

You may also file your Claim Form e*lectronically* via the following case website: **https://dm.epiq11.com/MVRealty**

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1. Identify the Claim

1. **Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes.   From whom?

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   _____
   Name

   _____
   Number      Street

   _____
   City                State        ZIP Code

   _____
   Contact phone

   _____
   Contact email

   Where should payments to the creditor be sent? (if different)

   _____
   Name

   _____
   Number      Street

   _____
   City                State        ZIP Code

   _____
   Contact phone

   _____
   Contact email

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes.   Claim number on court claims registry (if known) _____          Filed on _____ / _____ / _____
                                                                                                    MM    / DD    / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes.   Who made the earlier filing?

Official Form 410                                      **Proof of Claim**                                      page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

6. **Do you have any number you use to identify the debtor?**

   ❏ No
   ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**  $_____. Does this amount include interest or other charges?

   ❏ No
   ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. **Is all or part of the claim secured?**

   ❏ No
   ❏ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ❏ Motor vehicle
   ❏ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                    $_____
   **Amount of the claim that is secured:**  $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed)_____%
   ❏ Fixed
   ❏ Variable

10. **Is this claim based on a lease?**

    ❏ No
    ❏ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**

    ❏ No
    ❏ Yes. Identify the property: _____

Official Form 410                                    **Proof of Claim**                                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name         Middle name         Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
       Number      Street

_____
City                                      State      ZIP Code

Contact phone _____     Email _____