**EXHIBIT "A"**

*Scheduled G*

*Homeowner Benefit Agreements*

Sheet1

| contractId | notarizedDt |
|---|---|
| 39887 | 10/25/2022 |
| 39786 | 10/24/2022 |
| 39782 | 10/24/2022 |
| 39773 | 10/24/2022 |
| 39595 | 10/20/2022 |
| 39520 | 10/19/2022 |
| 39469 | 10/18/2022 |
| 39385 | 10/17/2022 |
| 39254 | 10/14/2022 |
| 39042 | 10/11/2022 |
| 39025 | 10/11/2022 |
| 38954 | 10/10/2022 |
| 38823 | 10/10/2022 |
| 38800 | 10/7/2022 |
| 38537 | 10/7/2022 |
| 38725 | 10/6/2022 |
| 38696 | 10/6/2022 |
| 38476 | 10/5/2022 |
| 38471 | 10/4/2022 |
| 38363 | 10/3/2022 |
| 38359 | 10/3/2022 |
| 38357 | 10/3/2022 |
| 38303 | 10/3/2022 |
| 38296 | 10/3/2022 |
| 38203 | 10/3/2022 |
| 38186 | 9/30/2022 |
| 37934 | 9/26/2022 |
| 37889 | 9/26/2022 |
| 37870 | 9/26/2022 |
| 37853 | 9/26/2022 |
| 37851 | 9/26/2022 |
| 37805 | 9/25/2022 |
| 37687 | 9/23/2022 |

Sheet1

| | |
|---|---|
| 37664 | 9/23/2022 |
| 37317 | 9/21/2022 |
| 37246 | 9/20/2022 |
| 37236 | 9/20/2022 |
| 37120 | 9/19/2022 |
| 37114 | 9/19/2022 |
| 37021 | 9/18/2022 |
| 36956 | 9/17/2022 |
| 36891 | 9/16/2022 |
| 36843 | 9/16/2022 |
| 36752 | 9/15/2022 |
| 36744 | 9/15/2022 |
| 36654 | 9/15/2022 |
| 36616 | 9/14/2022 |
| 36614 | 9/14/2022 |
| 36485 | 9/14/2022 |
| 36484 | 9/14/2022 |
| 36449 | 9/13/2022 |
| 36424 | 9/13/2022 |
| 36420 | 9/13/2022 |
| 36404 | 9/13/2022 |
| 36431 | 9/12/2022 |
| 36350 | 9/12/2022 |
| 36339 | 9/12/2022 |
| 36204 | 9/10/2022 |
| 36153 | 9/10/2022 |
| 36091 | 9/9/2022 |
| 36002 | 9/9/2022 |
| 36000 | 9/9/2022 |
| 35989 | 9/9/2022 |
| 35937 | 9/9/2022 |
| 35916 | 9/8/2022 |
| 35911 | 9/8/2022 |
| 35894 | 9/8/2022 |

Sheet1

| | |
|---|---|
| 35880 | 9/8/2022 |
| 35853 | 9/8/2022 |
| 35730 | 9/7/2022 |
| 35576 | 9/5/2022 |
| 35061 | 9/5/2022 |
| 35480 | 9/2/2022 |
| 35370 | 9/2/2022 |
| 35259 | 9/1/2022 |
| 35208 | 8/31/2022 |
| 35139 | 8/31/2022 |
| 35022 | 8/30/2022 |
| 35015 | 8/30/2022 |
| 34983 | 8/30/2022 |
| 34982 | 8/30/2022 |
| 34932 | 8/29/2022 |
| 34893 | 8/29/2022 |
| 34886 | 8/29/2022 |
| 34871 | 8/29/2022 |
| 34846 | 8/29/2022 |
| 34815 | 8/28/2022 |
| 34697 | 8/27/2022 |
| 34685 | 8/27/2022 |
| 34662 | 8/26/2022 |
| 34647 | 8/26/2022 |
| 34642 | 8/26/2022 |
| 34641 | 8/26/2022 |
| 34625 | 8/26/2022 |
| 34620 | 8/26/2022 |
| 34585 | 8/26/2022 |
| 34537 | 8/25/2022 |
| 34503 | 8/25/2022 |
| 34473 | 8/25/2022 |
| 34430 | 8/25/2022 |
| 34372 | 8/24/2022 |

Sheet1

| | |
|---|---|
| 34342 | 8/24/2022 |
| 34262 | 8/23/2022 |
| 34239 | 8/23/2022 |
| 34196 | 8/23/2022 |
| 34156 | 8/23/2022 |
| 34155 | 8/23/2022 |
| 34123 | 8/22/2022 |
| 34072 | 8/22/2022 |
| 34056 | 8/22/2022 |
| 33997 | 8/21/2022 |
| 33993 | 8/21/2022 |
| 33983 | 8/21/2022 |
| 33978 | 8/21/2022 |
| 33963 | 8/21/2022 |
| 33946 | 8/20/2022 |
| 33877 | 8/20/2022 |
| 33849 | 8/19/2022 |
| 33763 | 8/19/2022 |
| 33711 | 8/18/2022 |
| 33703 | 8/18/2022 |
| 33675 | 8/18/2022 |
| 33608 | 8/18/2022 |
| 33606 | 8/18/2022 |
| 33575 | 8/18/2022 |
| 33480 | 8/17/2022 |
| 33452 | 8/17/2022 |
| 33425 | 8/17/2022 |
| 33409 | 8/17/2022 |
| 33742 | 8/16/2022 |
| 33394 | 8/16/2022 |
| 33330 | 8/16/2022 |
| 33297 | 8/16/2022 |
| 33219 | 8/15/2022 |
| 33211 | 8/15/2022 |

Sheet1

| | |
|---|---|
| 33209 | 8/15/2022 |
| 33068 | 8/13/2022 |
| 33051 | 8/13/2022 |
| 32997 | 8/12/2022 |
| 32970 | 8/12/2022 |
| 32919 | 8/12/2022 |
| 32779 | 8/11/2022 |
| 32775 | 8/11/2022 |
| 32758 | 8/11/2022 |
| 32757 | 8/11/2022 |
| 32736 | 8/11/2022 |
| 32748 | 8/11/2022 |
| 32728 | 8/10/2022 |
| 32687 | 8/10/2022 |
| 32658 | 8/10/2022 |
| 32554 | 8/10/2022 |
| 32510 | 8/9/2022 |
| 32438 | 8/9/2022 |
| 32258 | 8/7/2022 |
| 32256 | 8/7/2022 |
| 32254 | 8/7/2022 |
| 32246 | 8/7/2022 |
| 32145 | 8/6/2022 |
| 32143 | 8/6/2022 |
| 32107 | 8/6/2022 |
| 32075 | 8/6/2022 |
| 32064 | 8/6/2022 |
| 31899 | 8/4/2022 |
| 31841 | 8/4/2022 |
| 31818 | 8/3/2022 |
| 31774 | 8/3/2022 |
| 31708 | 8/3/2022 |
| 31674 | 8/3/2022 |
| 31661 | 8/3/2022 |

Sheet1

| | |
|---|---|
| 31780 | 8/2/2022 |
| 31577 | 8/2/2022 |
| 31572 | 8/2/2022 |
| 31527 | 8/1/2022 |
| 31517 | 8/1/2022 |
| 31475 | 7/31/2022 |
| 31455 | 7/31/2022 |
| 31399 | 7/30/2022 |
| 31299 | 7/29/2022 |
| 31241 | 7/29/2022 |
| 31228 | 7/29/2022 |
| 31217 | 7/29/2022 |
| 31041 | 7/28/2022 |
| 30980 | 7/27/2022 |
| 30951 | 7/27/2022 |
| 30909 | 7/27/2022 |
| 30901 | 7/27/2022 |
| 30950 | 7/26/2022 |
| 30778 | 7/26/2022 |
| 30761 | 7/26/2022 |
| 30732 | 7/26/2022 |
| 30722 | 7/26/2022 |
| 30718 | 7/26/2022 |
| 30705 | 7/26/2022 |
| 30651 | 7/26/2022 |
| 30615 | 7/25/2022 |
| 30604 | 7/25/2022 |
| 30571 | 7/25/2022 |
| 30561 | 7/25/2022 |
| 30523 | 7/25/2022 |
| 30428 | 7/23/2022 |
| 30427 | 7/22/2022 |
| 30421 | 7/22/2022 |
| 30333 | 7/22/2022 |

Sheet1

| | |
|---|---|
| 30255 | 7/22/2022 |
| 30228 | 7/22/2022 |
| 30056 | 7/22/2022 |
| 30229 | 7/21/2022 |
| 30184 | 7/21/2022 |
| 30177 | 7/21/2022 |
| 30167 | 7/21/2022 |
| 30160 | 7/21/2022 |
| 30110 | 7/21/2022 |
| 30069 | 7/20/2022 |
| 29976 | 7/20/2022 |
| 29921 | 7/19/2022 |
| 29775 | 7/19/2022 |
| 29771 | 7/19/2022 |
| 29767 | 7/19/2022 |
| 29764 | 7/19/2022 |
| 29727 | 7/18/2022 |
| 29599 | 7/16/2022 |
| 29555 | 7/16/2022 |
| 29497 | 7/15/2022 |
| 29411 | 7/15/2022 |
| 29345 | 7/14/2022 |
| 29301 | 7/14/2022 |
| 29191 | 7/12/2022 |
| 29179 | 7/12/2022 |
| 29177 | 7/12/2022 |
| 29174 | 7/12/2022 |
| 29128 | 7/12/2022 |
| 29124 | 7/12/2022 |
| 29109 | 7/12/2022 |
| 29016 | 7/10/2022 |
| 28887 | 7/9/2022 |
| 28829 | 7/8/2022 |
| 28767 | 7/8/2022 |

Sheet1

| | |
|---|---|
| 28742 | 7/8/2022 |
| 28504 | 7/6/2022 |
| 28418 | 7/5/2022 |
| 28385 | 7/5/2022 |
| 28374 | 7/5/2022 |
| 28255 | 7/1/2022 |
| 28252 | 7/1/2022 |
| 28218 | 7/1/2022 |
| 28170 | 6/30/2022 |
| 28137 | 6/30/2022 |
| 28046 | 6/30/2022 |
| 27997 | 6/30/2022 |
| 27963 | 6/29/2022 |
| 27920 | 6/29/2022 |
| 27845 | 6/28/2022 |
| 27819 | 6/28/2022 |
| 27809 | 6/28/2022 |
| 27800 | 6/28/2022 |
| 27779 | 6/28/2022 |
| 27738 | 6/28/2022 |
| 27665 | 6/25/2022 |
| 27552 | 6/24/2022 |
| 27491 | 6/24/2022 |
| 27477 | 6/24/2022 |
| 27446 | 6/24/2022 |
| 27443 | 6/24/2022 |
| 27332 | 6/23/2022 |
| 27295 | 6/23/2022 |
| 27294 | 6/23/2022 |
| 27249 | 6/23/2022 |
| 27243 | 6/23/2022 |
| 27193 | 6/22/2022 |
| 27169 | 6/22/2022 |
| 27160 | 6/22/2022 |

Sheet1

| | |
|---|---|
| 27140 | 6/22/2022 |
| 27121 | 6/22/2022 |
| 27104 | 6/21/2022 |
| 26947 | 6/20/2022 |
| 26903 | 6/18/2022 |
| 26905 | 6/17/2022 |
| 26878 | 6/17/2022 |
| 26702 | 6/16/2022 |
| 26685 | 6/16/2022 |
| 26611 | 6/15/2022 |
| 26605 | 6/15/2022 |
| 26607 | 6/15/2022 |
| 26471 | 6/14/2022 |
| 26446 | 6/14/2022 |
| 26393 | 6/13/2022 |
| 26237 | 6/11/2022 |
| 26168 | 6/10/2022 |
| 26122 | 6/10/2022 |
| 26005 | 6/8/2022 |
| 26002 | 6/8/2022 |
| 25987 | 6/8/2022 |
| 25962 | 6/8/2022 |
| 25952 | 6/8/2022 |
| 25892 | 6/7/2022 |
| 25879 | 6/7/2022 |
| 25723 | 6/4/2022 |
| 25642 | 6/3/2022 |
| 25542 | 6/2/2022 |
| 25526 | 6/2/2022 |
| 25411 | 6/1/2022 |
| 25351 | 5/31/2022 |
| 25343 | 5/31/2022 |
| 25270 | 5/28/2022 |
| 25242 | 5/28/2022 |

Sheet1

| | |
|---|---|
| 25234 | 5/28/2022 |
| 25130 | 5/27/2022 |
| 25080 | 5/26/2022 |
| 24930 | 5/25/2022 |
| 24854 | 5/24/2022 |
| 24725 | 5/23/2022 |
| 24723 | 5/23/2022 |
| 24693 | 5/22/2022 |
| 24673 | 5/21/2022 |
| 24672 | 5/21/2022 |
| 24658 | 5/21/2022 |
| 24583 | 5/20/2022 |
| 24576 | 5/20/2022 |
| 24520 | 5/20/2022 |
| 24462 | 5/19/2022 |
| 24442 | 5/19/2022 |
| 24353 | 5/18/2022 |
| 24346 | 5/18/2022 |
| 24254 | 5/17/2022 |
| 24114 | 5/16/2022 |
| 23962 | 5/13/2022 |
| 23948 | 5/13/2022 |
| 23881 | 5/12/2022 |
| 23854 | 5/12/2022 |
| 23826 | 5/12/2022 |
| 23739 | 5/11/2022 |
| 23729 | 5/11/2022 |
| 23684 | 5/10/2022 |
| 23581 | 5/9/2022 |
| 23434 | 5/7/2022 |
| 23433 | 5/7/2022 |
| 23400 | 5/6/2022 |
| 23266 | 5/5/2022 |
| 23178 | 5/4/2022 |

Sheet1

| | |
|---|---|
| 23116 | 5/4/2022 |
| 23057 | 5/3/2022 |
| 22991 | 5/2/2022 |
| 22899 | 5/2/2022 |
| 22802 | 4/29/2022 |
| 22729 | 4/29/2022 |
| 22584 | 4/29/2022 |
| 22626 | 4/28/2022 |
| 22623 | 4/28/2022 |
| 22621 | 4/28/2022 |
| 22620 | 4/28/2022 |
| 22614 | 4/28/2022 |
| 22561 | 4/27/2022 |
| 22552 | 4/27/2022 |
| 22534 | 4/27/2022 |
| 22455 | 4/26/2022 |
| 22373 | 4/26/2022 |
| 22225 | 4/23/2022 |
| 22089 | 4/21/2022 |
| 21911 | 4/20/2022 |
| 21830 | 4/19/2022 |
| 21774 | 4/18/2022 |
| 21772 | 4/18/2022 |
| 21747 | 4/18/2022 |
| 21477 | 4/14/2022 |
| 21448 | 4/14/2022 |
| 21248 | 4/12/2022 |
| 21210 | 4/12/2022 |
| 21161 | 4/11/2022 |
| 21154 | 4/11/2022 |
| 21114 | 4/10/2022 |
| 20904 | 4/8/2022 |
| 20814 | 4/7/2022 |
| 20806 | 4/7/2022 |

Sheet1

| | |
|---|---|
| 20777 | 4/7/2022 |
| 20693 | 4/6/2022 |
| 20648 | 4/5/2022 |
| 20616 | 4/5/2022 |
| 20555 | 4/4/2022 |
| 20359 | 4/1/2022 |
| 20272 | 3/31/2022 |
| 20063 | 3/31/2022 |
| 19690 | 3/24/2022 |
| 19662 | 3/23/2022 |
| 19650 | 3/23/2022 |
| 19628 | 3/23/2022 |
| 19615 | 3/23/2022 |
| 19557 | 3/22/2022 |
| 19552 | 3/22/2022 |
| 19545 | 3/22/2022 |
| 19351 | 3/22/2022 |
| 19450 | 3/21/2022 |
| 19446 | 3/21/2022 |
| 19439 | 3/21/2022 |
| 19220 | 3/18/2022 |
| 19151 | 3/16/2022 |
| 19083 | 3/16/2022 |
| 19035 | 3/15/2022 |
| 18985 | 3/15/2022 |
| 18989 | 3/14/2022 |
| 18672 | 3/9/2022 |
| 18669 | 3/9/2022 |
| 18671 | 3/9/2022 |
| 18598 | 3/8/2022 |
| 18344 | 3/4/2022 |
| 18343 | 3/4/2022 |
| 18280 | 3/3/2022 |
| 18277 | 3/3/2022 |

Sheet1

| | |
|---|---|
| 18150 | 3/1/2022 |
| 18133 | 3/1/2022 |
| 17965 | 2/25/2022 |
| 17791 | 2/23/2022 |
| 17754 | 2/22/2022 |
| 17750 | 2/22/2022 |
| 17638 | 2/20/2022 |
| 17613 | 2/19/2022 |
| 17426 | 2/16/2022 |
| 17380 | 2/16/2022 |
| 17300 | 2/14/2022 |
| 17073 | 2/10/2022 |
| 16851 | 2/7/2022 |
| 16844 | 2/7/2022 |
| 16594 | 2/2/2022 |
| 16433 | 1/29/2022 |
| 16419 | 1/28/2022 |
| 16416 | 1/28/2022 |
| 16371 | 1/27/2022 |
| 16364 | 1/27/2022 |
| 16295 | 1/26/2022 |
| 16203 | 1/25/2022 |
| 16048 | 1/21/2022 |
| 16014 | 1/21/2022 |
| 15983 | 1/20/2022 |
| 15971 | 1/20/2022 |
| 15960 | 1/20/2022 |
| 15892 | 1/19/2022 |
| 15868 | 1/19/2022 |
| 15832 | 1/18/2022 |
| 15788 | 1/17/2022 |
| 15627 | 1/13/2022 |
| 15591 | 1/12/2022 |
| 15466 | 1/10/2022 |

Sheet1

| | |
|---|---|
| 15463 | 1/10/2022 |
| 15410 | 1/8/2022 |
| 15033 | 12/30/2021 |
| 14934 | 12/27/2021 |
| 14909 | 12/27/2021 |
| 14723 | 12/21/2021 |
| 14720 | 12/21/2021 |
| 14585 | 12/20/2021 |
| 14456 | 12/20/2021 |
| 14455 | 12/20/2021 |
| 14545 | 12/17/2021 |
| 14519 | 12/16/2021 |
| 14517 | 12/16/2021 |
| 14486 | 12/16/2021 |
| 14435 | 12/15/2021 |
| 14227 | 12/10/2021 |
| 14158 | 12/9/2021 |
| 14115 | 12/9/2021 |
| 14003 | 12/7/2021 |
| 14000 | 12/7/2021 |
| 13978 | 12/7/2021 |
| 13856 | 12/4/2021 |
| 13835 | 12/3/2021 |
| 13761 | 12/1/2021 |
| 13758 | 12/1/2021 |
| 13632 | 11/29/2021 |
| 13586 | 11/28/2021 |
| 13566 | 11/24/2021 |
| 13527 | 11/24/2021 |
| 13433 | 11/19/2021 |
| 13376 | 11/19/2021 |
| 13250 | 11/16/2021 |
| 13138 | 11/14/2021 |
| 13118 | 11/13/2021 |

Sheet1

| | |
|---|---|
| 13095 | 11/12/2021 |
| 13053 | 11/12/2021 |
| 13056 | 11/11/2021 |
| 12671 | 11/10/2021 |
| 12925 | 11/8/2021 |
| 12880 | 11/6/2021 |
| 12696 | 11/3/2021 |
| 12659 | 11/2/2021 |
| 12639 | 11/1/2021 |
| 12580 | 10/30/2021 |
| 12561 | 10/29/2021 |
| 12548 | 10/29/2021 |
| 12491 | 10/27/2021 |
| 12383 | 10/27/2021 |
| 12353 | 10/25/2021 |
| 12331 | 10/23/2021 |
| 12269 | 10/22/2021 |
| 12022 | 10/14/2021 |
| 11959 | 10/12/2021 |
| 11946 | 10/9/2021 |
| 11789 | 10/7/2021 |
| 11769 | 10/5/2021 |
| 11665 | 10/2/2021 |
| 11573 | 10/1/2021 |
| 11564 | 9/29/2021 |
| 11554 | 9/28/2021 |
| 11494 | 9/27/2021 |
| 11450 | 9/25/2021 |
| 11458 | 9/24/2021 |
| 11428 | 9/24/2021 |
| 11355 | 9/21/2021 |
| 11275 | 9/21/2021 |
| 11185 | 9/15/2021 |
| 11150 | 9/14/2021 |

Sheet1

| | |
|---|---|
| 11118 | 9/13/2021 |
| 11102 | 9/13/2021 |
| 11030 | 9/10/2021 |
| 10973 | 9/7/2021 |
| 10935 | 9/4/2021 |
| 10907 | 9/3/2021 |
| 10892 | 9/3/2021 |
| 10839 | 9/2/2021 |
| 10882 | 9/1/2021 |
| 10846 | 8/31/2021 |
| 10806 | 8/30/2021 |
| 10764 | 8/27/2021 |
| 10681 | 8/26/2021 |
| 10712 | 8/25/2021 |
| 10676 | 8/24/2021 |
| 10572 | 8/20/2021 |
| 10566 | 8/20/2021 |
| 10477 | 8/16/2021 |
| 10464 | 8/16/2021 |
| 10404 | 8/13/2021 |
| 10343 | 8/11/2021 |
| 10259 | 8/10/2021 |
| 10287 | 8/9/2021 |
| 10218 | 8/5/2021 |
| 10207 | 8/5/2021 |
| 10194 | 8/4/2021 |
| 10168 | 8/3/2021 |
| 10059 | 7/29/2021 |
| 9999 | 7/27/2021 |
| 9985 | 7/27/2021 |
| 9935 | 7/23/2021 |
| 9934 | 7/23/2021 |
| 9816 | 7/19/2021 |
| 9787 | 7/16/2021 |

Sheet1

| | |
|---|---|
| 9774 | 7/16/2021 |
| 9588 | 7/16/2021 |
| 9760 | 7/15/2021 |
| 9734 | 7/14/2021 |
| 9730 | 7/14/2021 |
| 9628 | 7/8/2021 |
| 9561 | 7/7/2021 |
| 9547 | 7/5/2021 |
| 9540 | 7/3/2021 |
| 9538 | 7/2/2021 |
| 9478 | 6/30/2021 |
| 9473 | 6/29/2021 |
| 9467 | 6/28/2021 |
| 9440 | 6/28/2021 |
| 9438 | 6/28/2021 |
| 9424 | 6/25/2021 |
| 9420 | 6/25/2021 |
| 9411 | 6/25/2021 |
| 9409 | 6/25/2021 |
| 9406 | 6/25/2021 |
| 9378 | 6/24/2021 |
| 9291 | 6/18/2021 |
| 9244 | 6/16/2021 |
| 9243 | 6/16/2021 |
| 9231 | 6/15/2021 |
| 9169 | 6/11/2021 |
| 9114 | 6/8/2021 |
| 9113 | 6/8/2021 |
| 9035 | 6/4/2021 |
| 9030 | 6/3/2021 |
| 9023 | 6/3/2021 |
| 9022 | 6/3/2021 |
| 8983 | 6/2/2021 |
| 8990 | 6/1/2021 |

Sheet1

| | |
|---|---|
| 8939 | 5/28/2021 |
| 8931 | 5/27/2021 |
| 8928 | 5/27/2021 |
| 8873 | 5/24/2021 |
| 8713 | 5/14/2021 |
| 8693 | 5/14/2021 |
| 8662 | 5/12/2021 |
| 8625 | 5/10/2021 |
| 8593 | 5/6/2021 |
| 8565 | 5/5/2021 |
| 8563 | 5/5/2021 |
| 8529 | 5/3/2021 |
| 8439 | 4/26/2021 |
| 8337 | 4/16/2021 |
| 8319 | 4/15/2021 |
| 8258 | 4/9/2021 |
| 8240 | 4/8/2021 |
| 8192 | 4/3/2021 |
| 8187 | 4/3/2021 |
| 8159 | 4/1/2021 |
| 8153 | 3/31/2021 |
| 8132 | 3/31/2021 |
| 8096 | 3/26/2021 |
| 8076 | 3/25/2021 |
| 8073 | 3/25/2021 |
| 8061 | 3/24/2021 |
| 8031 | 3/21/2021 |
| 7993 | 3/18/2021 |
| 7989 | 3/18/2021 |
| 7949 | 3/16/2021 |
| 7948 | 3/16/2021 |
| 7896 | 3/12/2021 |
| 7876 | 3/11/2021 |
| 7516 | 2/13/2021 |

Sheet1

| | |
|---|---|
| 7417 | 2/6/2021 |
| 7415 | 2/6/2021 |
| 7421 | 2/5/2021 |
| 7360 | 2/3/2021 |
| 7268 | 1/27/2021 |
| 7278 | 1/26/2021 |
| 7236 | 1/25/2021 |
| 7219 | 1/24/2021 |
| 7214 | 1/23/2021 |
| 7196 | 1/22/2021 |
| 7189 | 1/22/2021 |
| 7163 | 1/20/2021 |
| 7136 | 1/20/2021 |
| 7110 | 1/16/2021 |
| 7039 | 1/13/2021 |
| 6988 | 1/8/2021 |
| 6891 | 12/24/2020 |
| 6869 | 12/22/2020 |
| 6705 | 12/14/2020 |
| 6684 | 12/11/2020 |
| 6564 | 12/7/2020 |
| 6541 | 12/6/2020 |
| 6563 | 12/5/2020 |
| 6535 | 12/5/2020 |
| 6486 | 12/2/2020 |
| 6474 | 12/2/2020 |
| 6466 | 12/2/2020 |
| 6446 | 12/2/2020 |
| 6424 | 11/30/2020 |
| 6307 | 11/21/2020 |
| 6290 | 11/20/2020 |
| 6269 | 11/19/2020 |
| 6261 | 11/19/2020 |
| 6184 | 11/16/2020 |

Sheet1

| | |
|---:|---|
| 6165 | 11/13/2020 |
| 6075 | 11/9/2020 |
| 6015 | 11/4/2020 |
| 5981 | 11/3/2020 |
| 5987 | 11/2/2020 |
| 5949 | 11/2/2020 |
| 5928 | 10/31/2020 |
| 5906 | 10/30/2020 |
| 5904 | 10/30/2020 |
| 5834 | 10/27/2020 |
| 5822 | 10/25/2020 |
| 5798 | 10/25/2020 |
| 5807 | 10/24/2020 |
| 5876 | 10/23/2020 |
| 5764 | 10/23/2020 |
| 5667 | 10/16/2020 |
| 5629 | 10/16/2020 |
| 5620 | 10/15/2020 |
| 5618 | 10/15/2020 |
| 5616 | 10/14/2020 |
| 5579 | 10/14/2020 |
| 5555 | 10/12/2020 |
| 5552 | 10/10/2020 |
| 5524 | 10/9/2020 |
| 5520 | 10/9/2020 |
| 5487 | 10/8/2020 |
| 5477 | 10/7/2020 |
| 5452 | 10/7/2020 |
| 5444 | 10/6/2020 |
| 5700 | 10/3/2020 |
| 5307 | 9/28/2020 |
| 5698 | 9/27/2020 |
| 5697 | 9/26/2020 |
| 5295 | 9/26/2020 |

Sheet1

| | |
|---|---|
| 5266 | 9/25/2020 |
| 4859 | 9/25/2020 |
| 5255 | 9/24/2020 |
| 5236 | 9/24/2020 |
| 5231 | 9/24/2020 |
| 5696 | 9/23/2020 |
| 5274 | 9/23/2020 |
| 5193 | 9/23/2020 |
| 5072 | 9/16/2020 |
| 5069 | 9/16/2020 |
| 5000 | 9/13/2020 |
| 4983 | 9/11/2020 |
| 4979 | 9/11/2020 |
| 4969 | 9/10/2020 |
| 4948 | 9/10/2020 |
| 4933 | 9/9/2020 |
| 4930 | 9/9/2020 |
| 4902 | 9/7/2020 |
| 4887 | 9/4/2020 |
| 4884 | 9/4/2020 |
| 4871 | 9/4/2020 |
| 4869 | 9/4/2020 |
| 4868 | 9/4/2020 |
| 4858 | 9/3/2020 |
| 4831 | 9/3/2020 |
| 4830 | 9/3/2020 |
| 4829 | 9/3/2020 |
| 4828 | 9/3/2020 |
| 4810 | 9/2/2020 |