**EXHIBIT "C"**

*SoFA Response #7*

*Litigation*

| STATE | Agency | Entity | Complaint Type | Complaint No. | CURRENT STATUS |
|---|---|---|---|---|---|
| Illinois | City of Chicago, Department of Law | MV Realty of Illinois, LLC | CID | 2022-CH-05569 | Pending |
| Illinois | Department of Financial and Professional Regulation of the State of Illinois vs. MV Realty of Illinois, LLC, No. 2021-02149 | MV Realty of Illinois, LLC | Lawsuit | 2021-02149 | Pending |
| Illinois | State of Illinois Department of Financial and Professional Regulation, Division of Real Estate | MV Realty of Illinois, LLC | CID | 2149 | Pending |
| Illinois | State of Illinois, Department of Financial & Professional Regulation Division of Real Estate | MV Realty of Illinois, LLC | CID | 2149 | Pending |
| Illinois | Illinois Attorney General, Consumer Fraud Bureau | MV Realty of Illinois, LLC | General Consumer Complaint | 163040 | Pending |
| Illinois | State of Illinois Department of Financial and Professional Regulation, Division of Real Estate | MV Realty of Illinois, LLC | CID | 2149 | Pending |