UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-17590-EPK |
| MV REALTY PBC, LLC, *et al*. | CHAPTER 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING
## LOCAL FORM 4

**PLEASE TAKE NOTICE** that Debtor hereby files the attached *Local Form 4* in connection with the *Schedules and Statement of Financial Affairs* filed on October 31, 2023.

**RESPECTFULLY SUBMITTED** this 31st day of October 2023.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SEESE, P.A.
*Counsel for Debtors*
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, Florida 33301
Telephone: (954) 745-5897

By: _____*s/Michael D. Seese*_____
Michael D. Seese, Esq.
Fla. Bar No. 997323
mseese@seeselaw.com

*L.F. 4*

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **MV Realty of Illinois, LLC**                                    Case No.    **23-17608-EPK**
                                   Debtor(s)                                            Chapter     **11**

# DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
  1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
  2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
  3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  4. filed an amended schedule(s) and summary of schedules; and
  5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted)**. I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
  1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
  2. filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[X]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [ ] does [✓] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

LF-4 (rev. 12/01/15)

Dated:  **October 31, 2023**

**/s/ Michael D. Seese**  
Attorney for Debtor (or Debtor, if pro se)

**Michael D. Seese (FBN 997323)**  
Print Name & Florida Bar Number

**/s/ Antony Mitchell**  
**Antony Mitchell**  
Debtor

**101 N.E. 3rd Avenue**  
**Suite 1500**  
**Fort Lauderdale, FL 33301**  
Address

**954-745-5897**  
**mseese@seeselaw.com**  
Phone Number

LF-4 (rev. 12/01/15)